UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) <br> ) <br> v. ) <br> ) <br> JASON DUHAIME, ) <br>         Defendant. ) <br> ) | Docket No. 22-CR-10290 |

DEFENSE COUNSEL'S MOTION TO WITHDRAW

The undersigned counsel respectfully moves to withdraw from the representation of the Defendant in this case, Jason Duhaime. As grounds therefor, undersigned counsel states:

1. Mr. Duhaime wishes to take his case to trial.

2. Mr. Duhaime has not paid his fees for representation at trial, as specified in a Fee Agreement signed by Mr. Duhaime on October 20, 2022.

3. There has been a breakdown in the attorney-client relationship, such that continued representation would not be possible.

Respectfully submitted,

/s/ Thomas Miller_____
Thomas Miller (BBO #708133)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
tmiller@zalkindlaw.com
(617) 742-6020

Dated: January 23, 2024

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon all parties by electronic filing on the above date.

/s/ Thomas Miller<br>
Thomas Miller