UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 22-cr-10290-WGY |
| JASON DUHAIME, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF FACT**
**Northeastern University**

The government and counsel for the Defendant have agreed to the following stipulation, which is herein proposed to the Court in a form suitable for presentation to the jury.

In lieu of live testimony, the United States and the Defendant, Jason Duhaime, have stipulated and agreed to the following facts:

a. The Defendant, Jason Duhaime, was a salaried employee of Northeastern University.

b. Through his employment, Mr. Duhaime received an American Express credit card to make job-related purchases. For each purchase made using his Northeastern University-issued American Express card, university policy required Mr. Duhaime to accurately record the type of item purchased and, when possible, provide a receipt reflecting the purchase. If the receipt was either lost or not obtained from the vendor, university policy also permitted Mr. Duhaime to submit a "missing receipt affidavit" that described the item and the purchase amount, and affirmed that the item served a legitimate business purpose. Mr. Duhaime had utilized this procedure in lieu of providing an actual receipt several times prior to September 2022.

c. Northeastern University maintains records of all transactions associated with the use of Northeastern University-issued American Express credit cards.

d. Using his Northeastern University-issued American Express card, Mr. Duhaime made purchases from the Northeastern University bookstore on a total of seven occasions between 2015 and September 2022:

    i. April 15, 2015;

    ii. April 9, 2019;

    iii. June 7, 2019;

    iv. September 22, 2021;

    v. September 23, 2021;

    vi. July 14, 2022;

    vii. September 9, 2022.

e. The purchase made by Mr. Duhaime on September 9, 2022, consisted of a Centon DataStick Pro2 USB 2.0 drive, with a storage capacity of 32 gigabytes. According to records maintained by Northeastern University, this was the only time Mr. Duhaime purchased a thumb drive at the Northeastern University bookstore using his university-issued American Express card.

f. As of October 2022, Mr. Duhaime had accumulated 206 hours of paid vacation. Leave requests made by Mr. Duhaime were subject to review and approval by his supervisor.


JASON DUHAIME,
Defendant

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Scott Lauer*
SCOTT LAUER
Counsel for Jason Duhaime

*/s/ Jason A. Casey*
JASON A. CASEY
TIMOTHY KISTNER
Assistant United States Attorneys