UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON DUHAIME,<br><br>           Defendant. | CRIMINAL ACTION<br>No. 22-10290-WGY |

**JURY VERDICT**

1. On COUNT ONE, charging an illegal hoax, we find Jason Duhaime:

   _____ not guilty

   \_\_\_✓\_\_\_ guilty

2. On COUNT TWO, charging false statements on September 13, 2022, we find Jason Duhaime:

   _____ not guilty

   \_\_\_✓\_\_\_ guilty

3. On COUNT THREE, charging false statements on September 14, 2022, we find Jason Duhaime:

   _____ not guilty

   \_\_\_✓\_\_\_ guilty

DATE: 6/28/2024

FORELADY

Linda Wrinn

1

If, but only if, you find Jason Duhaime guilty on COUNT ONE did that offense result in a substantial disruption of public, governmental, or business functions or services **OR** a substantial expenditure of funds to respond?

_____ not proven

\_\_\_\_✓\_\_\_\_ yes

DATE: 6/28/2024

*[signature]*
FORELADY
Linda Wrinn